UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BILLY M. HALL,

                       Plaintiff,

       -against-

FRANK BISIGNANO, COMISSIONER OF
SOCIAL SECURITY,

                       Defendant.

------------------------------------------------------------X

25-CV-02365 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

       On November 6, 2025, Plaintiff filed a Suggestion of Death. Pursuant to Federal Rule of Civil Procedure 25(a), any motion for the substitution of the proper party must be filed within 90 days after the Suggestion of Death was served or the action must be dismissed.

       Accordingly, any motion to substitute a party shall be filed by February 4, 2026. If no motion for substitution is filed within that time, the action will be dismissed. Defendant's deadline to file the Electronic Certified Administrative Record is stayed until further order of the Court.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:    New York, New York
               November 12, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2025