```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Billy M. Hall

                                        Plaintiff,                Civil Action No.: 1:25-cv-02365-SN

            - against –

Frank Bisignano,[2]
Commissioner of Social Security,

                                        Defendant.
-----------------------------------------------------------X

## ORDER

AND, NOW, on November 17, 2025, upon consideration of Plaintiff's Motion for Substitution, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. The Clerk of Court is directed to amend the case caption, substituting Kylene M. Hall, as Plaintiff.

SO ORDERED.

Dated: November 17, 2025
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

---

[2] Frank Bisignano is now the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).