UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KYLENE M. HALL,

                            Plaintiff,                    25 **CIVIL** 2365 (SN)

      -v-                                      **<u>JUDGMENT</u>**


COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-----------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 12, 2026, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will offer Plaintiff the opportunity for a hearing, and issue a new decision only for the period beginning on February 17, 2023.

**Dated:** New York, New York

      January 12, 2026


                                   **TAMMI M. HELLWIG**
                                 _____
                                    **Clerk of Court**

             **BY:**          *K. mango*

                                  _____
                                      **Deputy Clerk**